# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROCHELLE TILLETT,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC, et al,<br><br>Defendants. | Civil Action No. 2:17-cv-07952-MCA-ESK<br>Hon. Madeline C. Arleo, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J.<br><br>Document Filed Electronically<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-captioned action having been amicably adjusted by and between Plaintiff, Rochelle Tillett, and Defendants, AutoZoners, LLC and Tamara Hamilton, by and through their respective counsel, it is hereby stipulated and agreed that all claims asserted by Plaintiff against Defendants be and are hereby dismissed with prejudice and without attorney's fees, expenses or costs assessed against any party.

**DEREK SMITH LAW GROUP, PLLC**
*Attorneys for Plaintiff, Rochelle Tillett*

_____
Zachary I. Holzberg, Esq.

**JONES WALKER LLP**
*Attorneys for Defendant, AutoZoners, LLC and Tamara Hamilton*

_____
Tracy E. Kern, Esq. (admitted *pro hac vice*)

**JONES WALKER LLP**
*Attorneys for Defendants, AutoZoners, LLC and Tamara Hamilton*

_____
Laurie M. Riley, Esq. (admitted *pro hac vice*)

**LUM, DRASCO & POSITAN LLC**
*Attorneys for Defendant, AutoZoners, LLC and Tamara Hamilton*

_____
Elizabeth Y. Moon, Esq.

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 1/22/21

{M1776336.1}   1